RUSSELL WILLIAMS, SILAS WILLIAMS AND ROBERT GARRATT, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF WILLIAMS & GARRATT, *versus* JAMES FULTON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 202; (2) continued *p. 262; (3) rule to bring body *p. 276; (4) judgment *p. 280; (5) defendant surrendered by manucaptors, etc. *p. 286.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit; (7) transcript of rule to bring body; (8) promissory note.

*1821 Calendar*, MS p. 64. Recorded in *Book B*, MS pp. 110–13.